UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JACK JOHNSTON, individually, )
and on behalf of those similarly situated, )
)
      Plaintiff/ )
      Counterclaim Defendant, )
)
v. ) CASE NO.: 4:17-CV-51-JHM-HBB
)
J&B MECHANICAL, LLC, )
)
      Defendant/ )
      Counterclaimant. )

**MOTION TO CONDITIONALLY CERTIFY
A COLLECTIVE ACTION AND TO FACILITATE NOTICE
TO COLLECTIVE PLAINTIFFS PURSUANT TO 29 U.S.C. § 216(B)**

      Comes now the Plaintiff/Counterclaim Defendant, Jack Johnston ("Plaintiff" or "Johnston"), individually, and on behalf of those similarly situated current and former employees of Defendant/Counterclaimant, J&B Mechanical, LLC ("Defendant" or "J&B"), and moves the Court to conditionally certify this proceeding as a collective action, to approve the issuance of the Notice and Consent in the form attached hereto, and to Order such other actions requested herein as may be necessary and appropriate to facilitate the giving of notice to potential additional collective party plaintiffs. In support of this Motion, Johnston now states as follows:

      1.    Pursuant to 29 U.S.C. § 216(b), plaintiffs such as Johnston are entitled to prosecute claims for violations of the Fair Labor Standards Act ("FLSA") on behalf of themselves and other employees similarly situated.

2. In support of such a collective action, plaintiffs such as Johnston are entitled to send Court-approved Notice to all other similarly situated current and former employees of the Defendant who have experienced violations of the FLSA similar to that experienced by Plaintiff. Such similarly situated employees are those persons who were employed by J&B in the positions of field foremen, laborers, and helpers, or other functional equivalents thereto, who were non-exempt employees entitled to be paid time and a half for all hours over forty (40) worked in any work week.

3. Plaintiff has filed contemporaneously herewith his Memorandum in Support of Motion to Conditionally Certify a Collective Action and to Facilitate Notice to Collective Plaintiffs Pursuant to 29 U.S.C. § 216(b) ("Plaintiff's Memorandum"), and submits herewith an Affidavit of Jack Johnston ("Affidavit"), attached hereto and incorporated by this reference herein as Exhibit "A."

4. Attached hereto and incorporated by this reference herein as Exhibits "B" and "C" are the proposed forms of the Notice and Consent which Johnston seeks leave to send to all similarly situated, hourly, non-exempt employees employed by J&B as field foremen, laborers, and helpers, or other functional equivalents thereto, at any time during the three (3) years preceding the filing of Johnston's Complaint herein to the present.

5. An "opt-in" collective action under 29 U.S.C. § 216(b) is appropriate in this case because all such collective plaintiffs are similarly situated, as outlined in the Complaint and as further described in Plaintiff's Memorandum and Affidavit

submitted in support of this Motion. Conditional certification of the proposed collective group of plaintiffs is appropriate and necessary for the reasons set forth therein.

6.	Because the statute of limitations continues to run in these matters, time is of the essence in obtaining the list of potential opt-in collective plaintiffs in order for Plaintiff to provide such individuals with notice of this proceeding and the opportunity to present their claims herein.

7.	In conjunction with the granting of this Motion, therefore, Johnston requests this Court to direct the Defendant to promptly provide Plaintiff with a complete list of the names, last known addresses, and last known telephone numbers of all current and former employees of J&B, employed in the position of field foreman, laborer, or helper, or other functional equivalents thereto, from the date three (3) years prior to the filing of Plaintiff's Complaint up to and including the date of the granting of the Order.

WHEREFORE, Plaintiff/Counterclaim Defendant, Jack Johnston, requests this Court to GRANT his Motion to Conditionally Certify a Collective Action and to Facilitate Notice to Collective Plaintiffs, to APPROVE the conditional certification as requested herein, to ORDER Defendant to promptly produce to Plaintiff's counsel a list of the names, last known addresses, and last known telephone numbers of all potential plaintiffs, to APPROVE the issuance of the Notice and Consent in the forms attached hereto to all such persons, and to PROVIDE Plaintiff with all other relief as is just and proper in the premises.

Respectfully submitted,

BIESECKER DUTKANYCH & MACER, LLC

By: /s/ Kyle F. Biesecker
Kyle F. Biesecker
Andrew Dutkanych
411 Main Street
Evansville, IN 47708
Telephone: (812) 424-1000
Facsimile: (812) 424-1005
Email: kfb@bdlegal.com
Email: ad@bdlegal.com

*Attorneys for the Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that, on July 5, 2017, I electronically filed the foregoing *Motion to Conditionally Certify a Collective Action and to Facilitate Notice to Collective Plaintiffs Pursuant to 29 U.S.C. § 216(b)* through the Court's ECF System, which will send a notice of electronic filing to the following person(s):

John O. Sheller  john.sheller@skofirm.com
Jeffrey A. Calabrese  jeff.calabrese@skofirm.com
Steven T. Clark  steven.clark@skofirm.com
STOLL KEENON OGDEN PLLC

/s/ Kyle F. Biesecker
Kyle F. Biesecker