IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| JACK JOHNSTON, et al., )<br>)<br>PLAINTIFFS/COUNTER- )<br>DEFENDANTS, )<br>)<br>v. )<br>)<br>J&B MECHANICAL, LLC )<br>)<br>DEFENDANT/COUNTERCLAIM )<br>ANT. ) | Electronically Filed<br><br>Civil Action No. 4:17-CV-00051-JHM |

**ORDER APPROVING JOINT MOTION FOR APPROVAL OF SETTLEMENT**

Upon joint motion by the Parties for approval of settlement of this action, and the Court having reviewed the motion, having reviewed the Parties' settlement agreement, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED:

(1) The joint motion for approval of settlement of this action is GRANTED.

(2) The Settlement Agreement and Release filed under seal by the parties is APPROVED.

Joseph H. McKinley Jr., Senior Judge
United States District Court

August 29, 2019

120863.157164/1657054.1